**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JOSE AYALA MARTINEZ,

         Petitioner,

      v.

WARDEN *in their official capacity as
Warden of Moshannon Valley
Processing Center, Philipsburg, et al.,*

         Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

3:26-CV-278

## CASE MANAGEMENT ORDER

The Court orders as follows:

1.      **Service**.  Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at:  <u>usapaw.civ.imm.2241.moshannon@usdoj.gov</u>.

2.      The subject line of the email shall contain the case caption and case number of this case.  If the Petition contains voluminous exhibits, they need not be emailed.[1]  The email service shall be deemed sufficient to accomplish formal service of the Petition.  <u>No other documents, pleadings, or motions may be emailed to this email address.</u>

3.      **Certificate of compliance of service.**  Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondent's counsel.

- 2 -

4.     **Respondents' counsel notice of appearances**.   Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

5.     **Respondents' responses to the petition.**  Respondents shall file any responses or answers to the petition within **30 days** of the date of service.  Responses are limited to **25 pages**, double-spaced.

6.     **Petitioner's reply in support of the petition.**  Petitioner shall file any reply in support of the petition within **5 days** of the filing of Respondents' response to the petition.  The Reply is limited to **5 pages**, double-spaced.

DATED this 20th day of February, 2026.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge